UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WRICKLEY L. MOSLEY,

        Plaintiff,

        v.

DEPT. OF ADMINISTRATIVE
SERVICES, et. al.,

        Defendants.
_____

Civil No. 06-874-AS

ORDER

HAGGERTY, Chief Judge:

     On May 31, 2007, Magistrate Judge Ashmanskas issued a Findings and Recommendation in this action [48], in which the Magistrate Judge recommended that defendants' motion [44] to dismiss the Department of Administrative Services, Guy Hall, and G. Laney, and for summary

1  - ORDER

judgment on the remaining claims, should be granted. The Magistrate Judge further recommended that the John and Jane Doe defendants and plaintiff's remaining state law claims be dismissed. No objections were filed.

The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations" made by a magistrate judge. 28 U.S.C. § 636(b)(1). Within ten days of being served with a copy of the Findings and Recommendation, any party may file written objections and the court shall make a *de novo* determination of those portions of the Findings and Recommendation to which objections are made. *Id.* When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Thomas v. Arn,* 474 U.S. 140, 149-150 (1985); *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974). No clear error appears on the face of the record, and the court adopts the Magistrate's Findings and Recommendation.

## CONCLUSION

The Findings and Recommendation [48] is adopted in its entirety.

IT IS SO ORDERED.

Dated this   9    day of July, 2007.

　　　　　　　　　　　　　　　　　　 /s/ ANCER L. HAGGERTY  
　　　　　　　　　　　　　　　　　　ANCER L. HAGGERTY  
　　　　　　　　　　　　　　　　　　United States District Judge

2    - ORDER